UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-24811-CMA

**STEVEN GROSSBERG,**
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

**GOSMITH, INC.**

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Steven Grossberg, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed with prejudice.

Date: February 1, 2019

Respectfully submitted,

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
**HIRALDO P.A.**
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

*Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                      By: */s/ Manuel S. Hiraldo*
                                      Manuel S. Hiraldo, Esq.
                                      HIRALDO P.A.
                                      401 E. Las Olas Boulevard
                                      Suite 1400
                                      Ft. Lauderdale, Florida 33301
                                      Florida Bar No. 030380
                                      mhiraldo@hiraldolaw.com
                                      Telephone: 954.400.4713